# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

## CIVIL RIGHTS COMPLAINT FORM FOR
## PRO SE, PRISONER LITIGANTS IN ACTIONS UNDER
## 28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

_Kalen Skyler Burke,_

Inmate ID Number: _261831_ ,

_Kalen Skyler Burke 261831_

*(Write the full name and inmate ID
number of the Plaintiff.)*

**v.**

_Dustin Moore #373_ ,

_Leon County Sheriffs office_

_____ ,

*(Write the full name of each
Defendant who is being sued. If the
names of all the Defendants cannot
fit in the space above, please write
"see attached" in the space and
attach an additional page with the
full list of names. Do not include
addresses here.)*

_____ /

4:22 cv 111 - MW/ MAF

372022

**Case No.:** _CF0000454_
*(To be filled in by the Clerk's Office)*

**Jury Trial Requested?**
☑ **YES** ☐ **NO**

FILED USDC FLND TL
MAR 15 '22 PM 1:37



# I. PARTIES TO THIS COMPLAINT

### A. Plaintiff

Plaintiff's Name: _Kalen Skyler Bucke_ ID Number: _261831_

List all other names by which you have been known: _None_

Current Institution: _Leon County Detention Facility_

Address: _Leon County Detention Facility_
_P.O. box 2278 Tallahassee, FL 32316_

### B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation. For individual Defendants, identify the person's official position or job title, and mailing address. Indicate the capacity in which the Defendant is being sued. Do this for *every* Defendant:

1. Defendant's Name: _Dustin Moore #373_

   Official Position: _Deputy / Arresting Officer_

   Employed at: _Leon County Sheriffs Office_

   Mailing Address: _L.C.S.O. 2825 Municipal way_
   _Tallahassee, FL 32304_

   ☑ Sued in Individual Capacity          ☐ Sued in Official Capacity

2. Defendant's Name: _Leon County Sheriff's office_

Official Position: _Sheriff's office_

Employed at: _Leon County Sheriffs office_

Mailing Address: _2825 Municipal way_

_Tallahassee FL 32304_

☐ Sued in Individual Capacity   ☑ Sued in Official Capacity

3. Defendant's Name: _____

Official Position: _____

Employed at: _____

Mailing Address: _____

_____

☐ Sued in Individual Capacity   ☐ Sued in Official Capacity

*(Provide this information for all additional Defendants in this case by attaching additional pages, as needed.)*

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), you may sue federal officials for the violation of certain Constitutional rights.

Are you bringing suit against (*check all that apply*):

☐ Federal Officials (*Bivens case*)   ☑ State/Local Officials *(§ 1983 case)*

## III. PRISONER STATUS

Indicate whether you are a prisoner, detainee, or in another confined status:

☑ Pretrial Detainee   ☐ Civilly Committed Detainee

☐ Convicted State Prisoner   ☐ Convicted Federal Prisoner

☐ Immigration Detainee   ☐ Other *(explain below):*

_____

_____

## IV. STATEMENT OF FACTS

Provide a short and plain statement of the *facts* which show why you are entitled to relief. Describe how *each* Defendant was involved and what each person did, or did not do, in support of your claim. Identify when and where the events took place, and state how each Defendant caused you harm or violated federal law. Write each statement in short numbered paragraphs, limited as far as practicable to a single event or incident. ***Do not make legal argument, quote cases, cite to statutes, or reference a memorandum.*** You may make copies of the following page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages

should be attached. *Facts not related to this same incident or issue must be addressed in a separate civil rights complaint.*

On or about January 5th 2022 while being detained/arrested by Officer D. Moore #373, he used more than excessive force to detain/arrest me. I was tazed until unconcious. I woke up in the hospital. Therefore, I'm filing this civil rights complaint against the arresting officers & the Leon County Sheriffs office for excessive force/police brutality while being arrested/detained. It should be made known that I now have severe medical issues regarding internal bleeding on my brain & also seizures causing me to have serious issues with memory loss/blackout's/migraine headaches/nausea/ptsd, among other issue's mentally & physically which

**Statement of Facts Continued** *(Page____of_____)*

I mentioned on page 5 these violations took place at the intersection of Hwy 20 & Wimer's Cafe located at 4979 Blountstown Hwy. I will have to Suffer & live with the injury's from the events that took place that night at that location for the rest of my life. That along with the Mental & physical difficulty's I's why I am filing this civil Suit. I do have Children & injury's from this incident will/could prevent Me from being able to work/keep a Job. Therefore I am only doing what I feel & know is the right thing to do. I'll leave it with that. Thank to all & God Bless us all..

## V. STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated. Be specific. If more than one claim is asserted, number each separate claim and relate it to the facts alleged in Section IV. If more than one Defendant is named, indicate which claim is presented against which Defendant.

Fourth Amendment Rights,
Police Brutality, Excessive use
of Force, Violation of Civil
Rights

## VI. RELIEF REQUESTED

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes. If requesting money damages *(either actual or punitive damages)*, include the amount sought and explain the basis for the claims.

Relief for all Medical expenses
Relief for all Money/Monies lost due to
recent seizure disorder. Relief for Mental
& physical injurys preventing loss of future work

**ATTENTION:** *The Prison Litigation Reform Act ("PLRA") does not permit awards for punitive or compensatory damages "for mental or emotional injury suffered while in custody without a prior showing of physical injury or the commission of a sexual act . . . ." 42 U.S.C. § 1997e(e).*

## VII.   EXHAUSTION OF ADMINISTRATIVE REMEDIES

The PLRA requires that prisoners exhaust all available administrative remedies *(grievance procedures)* before bringing a case. 42 U.S.C. § 1997e(a). **ATTENTION:** *If you did not exhaust available remedies prior to filing this case, this case may be dismissed.*

## VIII.   PRIOR LITIGATION

**ATTENTION:** *The "three strikes rule" of the PLRA bars a prisoner from bringing a case without full payment of the filing fee at the time of case initiation if the prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. To the best of your knowledge, have you had any case dismissed for a reason listed in § 1915(g) which counts as a "strike"?

☐ YES    ☑ NO

If you answered yes, identify the case number, date of dismissal and court:

1. Date:_____Case #: _____

   Court: _____

2. Date:_____Case #: _____

   Court: _____

3. Date:_____Case #: _____

   Court: _____

   *(If necessary, list additional cases on an attached page)*

B. Have you filed other lawsuits in either *state or federal court* dealing with the same facts or issue involved in this case?

☐ YES    ☑ NO

If you answered yes, identify the case number, parties, date filed, result *(if not still pending)*, name of judge, and court for each case *(if more than one)*:

1. Case #:_____Parties: _____

Court:_____Judge: _____

Date Filed:_____Dismissal Date *(if not pending)*: _____

Reason: _____

2.   Case #:_____Parties: _____

Court:_____Judge: _____

Date Filed:_____Dismissal Date *(if not pending)*: _____

Reason: _____

C.  Have you filed any other lawsuit in federal court either challenging your
conviction or otherwise relating to the conditions of your confinement?

□ YES   ☑ NO

If you answered yes, identify all lawsuits:

1.  Case #:_____Parties: _____

Court:_____Judge: _____

Date Filed:_____Dismissal Date *(if not pending)*: _____

Reason: _____

2.  Case #:_____Parties: _____

Court:_____Judge: _____

Date Filed:_____Dismissal Date *(if not pending)*: _____

Reason: _____

3.  Case #:_____Parties: _____

Court:_____Judge: _____

Date Filed:_____Dismissal Date *(if not pending)*: _____

Reason: _____

4. Case #:_____Parties: _____

Court:_____Judge: _____

Date Filed:_____Dismissal Date *(if not pending)*: _____

Reason: _____

5. Case #:_____Parties: _____

Court:_____Judge: _____

Date Filed:_____Dismissal Date *(if not pending)*: _____

Reason: _____

6. Case #:_____Parties: _____

Court:_____Judge: _____

Date Filed:_____Dismissal Date *(if not pending)*: _____

Reason: _____

*(Attach additional pages as necessary to list all cases. **Failure to disclose all prior cases may result in the dismissal of this case.**)*

## IX. CERTIFICATION

I declare under penalty of perjury that the foregoing (including all continuation pages) is true and correct. Additionally, as required by Federal

Rule of Civil Procedure 11, I certify that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to timely notify the Clerk's Office if there is any change to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date: 3/5/22 Plaintiff's Signature: _Kalen Skyler Burke_

Printed Name of Plaintiff: _Kalen Skyler Burke_

Correctional Institution: _Leon County Detention Facility_

Address: _Leon County Detention Facility_
_P.O. box 2278 Tallahassee FL 32316_

**I certify and declare, under penalty of perjury, that this complaint was (*check one*) ☐ delivered to prison officials for mailing or ☑ deposited in**

the prison's mail system for mailing on the __5ᵗʰ__ day of __March__,
20__22__.


Signature of Incarcerated Plaintiff: _Thaler Whyler Burke_

Tyler Skyler Burke SP#4-261831

**LEON COUNTY DETENTION FACILITY**
P.O. Box 2278
TALLAHASSEE, FLORIDA  32316-2278

Clerk U.S. District Court

111 N. Adams Street

Tallahassee, FL 32301

MAR 1 4 2022

Legal Mail

Legal Mail

Legal Mail