IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEEE DIVISION

**KALEN SKYLER BURKE,**

   *Plaintiff*,

v.                                                Case No.: 4:22cv111-MW/MAF

**OFFICER DUSTIN MOORE, #373,**
*et al.*,

   *Defendants*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 5. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 5, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's complaint, ECF No. 1, is **DISMISSED without prejudice** because it is an impermissible shotgun pleading, certain claims are barred by the *Younger* abstention doctrine, and Plaintiff has failed to comply with court orders." The Clerk shall note on the

docket that this case is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and close the file.

**SO ORDERED on May 27, 2022.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**

docket that this case is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and close the file.

**SO ORDERED on May 27, 2022.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**